

U.S. Department of Justice    ORIGINAL

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 6, 2015

Honorable James C. Francis, IV                **REQUEST FILING UNDER SEAL**
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 5A
New York, New York 10007

Re:   <u>United States v. Jaime Rolando Rosenthal Oliva et al.</u>,
      **S2 13 Cr. 413 (JGK)**

Dear Judge Francis:

    The Government writes to respectfully request a limited unsealing order with respect to the above-referenced indictment, S2 13 Cr. 413 (JGK) (the "Indictment"). The Indictment was returned by a grand jury sitting in this District on or about September 16, 2015, and was filed under seal. We request that the Indictment be unsealed for the limited purpose of sharing with foreign officials in connection with efforts to arrest the defendants and to coordinate with other actions being taken by the United States Department of the Treasury, Office of Foreign Assets Control involving some of the defendants. We ask that this letter, the Court's order, and the Indictment otherwise remain sealed until further order of the Court.

                                            Respectfully submitted,

                                            PREET BHARARA
                                            United States Attorney for the
                                            Southern District of New York

By:   */s/ Michael D. Lockard*
       Michael D. Lockard
       Assistant United States Attorney
       (212) 637-2193

SO ORDERED:
October 6, 2015

*James C. Francis IV*
JAMES C. FRANCIS, IV, U.S.M.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/15
```