

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 9, 2015

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 12B
New York, New York 10007

      Re:    *United States* v. *Jaime Rolando Rosenthal Oliva et al.*,
               S2 13 Cr. 413 (JGK)

Dear Judge Koeltl:

      I write to update the Court on the status of the above-referenced matter. On October 6, 2015, defendant Yankel Rosenthal Coello was arrested in Miami. The following day, the defendant was presented in the United States District Court for the Southern District of Florida pursuant to Federal Rule of Criminal Procedure 5(c)(3), at which he was represented by Norman A. Moscowitz. A hearing is scheduled in the Southern District of Florida for Tuesday, October 13, 2015. The Government will contact the Court to schedule the defendant's arraignment when he arrives in the Southern District of New York. The other defendants named in the Indictment are not in custody and are believed to be in Honduras.

                                   Respectfully submitted,

                                     PREET BHARARA
                                   United States Attorney for the
                                   Southern District of New York

                By:    */s/ Matthew Laroche*
                        Emil Bove
                        Michael D. Lockard
                        Matthew Laroche
                        Assistant United States Attorneys
                        (212) 637-2420

Cc:    Norman A. Moscowitz (by e-mail)
          *Attorney for Yankel Rosenthal Coello*